**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES EDWARD BROWN,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CIVIL NO. 3:CV-10-2612** |
| **v.** | : | |
| | : | **(Judge Caputo)** |
| **CAMP HILL,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

**O R D E R**

**AND NOW**, this **5th** day of **SEPTEMBER, 2017**, for the reasons set forth in the accompanying memorandum, it is hereby ordered that:

1. Mr. Brown's motions to compel (ECF Nos. 98 and 110) are **DENIED**.

2. Mr. Brown's motions for sanctions (ECF Nos. 102 and 114) are **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**