**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES EDWARD BROWN,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CIVIL NO. 3:CV-10-2612** |
| **v.** | : | |
| | : | **(Judge Caputo)** |
| **CAMP HILL,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW**, this **5th** day of **SEPTEMBER, 2017**, for the reasons set forth in the accompanying memorandum, it is hereby ordered that:

1. Defendants' motion for summary judgment (ECF No. 81) is **DENIED**.

2. Plaintiff's motion for summary judgment (ECF No. 87) is **DENIED.**

3. A trial date in this matter will be set by further order of the Court.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO
United States District Judge**